

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-21-00187-CV

**IN THE MATTER OF J. L. D., A JUVENILE**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. J-19-40
Honorable Bill Squires, Judge Presiding

# O R D E R

The Appellant's Final Motion to Extend Time to File Brief has been GRANTED.

_____
Liza A. Rodriguez, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court